*See Beneficial Consumer Discount Co. v. Vukman,* —— Pa. ——, 77 A.3d 547 (2013).

■

**HSBC BANK USA NATIONAL ASSOCIATION as Trustee for Homestar Mortgage Acceptance Corporation, Asset Backed, Pass Through Certificates, Series 2004–6, Petitioner**

v.

**Drucylla J. CARTER, Respondent.**

Supreme Court of Pennsylvania.

Jan. 3, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 3rd day of January, 2014, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED, and the case is REMANDED to the trial court. *See Beneficial Consumer Discount Co. v. Vukman,* —— Pa. ——, 77 A.3d 547 (2013).